RECEIVED

NOV - 8 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| FRIENDLY FINANCE SERVICE | CIVIL ACTION 09-573 |
| VERSUS | JUDGE HAIK |
| GREGORY DORSEY, ET AL | MAGISTRATE JUDGE HAYES |

## RULING

Before the Court is an Appeal from the Bankruptcy Court wherein the appellant seeks review of Judge Hunter's denial of a Motion to Disqualify. The appellant requests that Judge Hunter be "disqualified from further involvement in this case." As Judge Hunter no longer presides over this matter in the bankruptcy court, the Appeal is **MOOT** and is hereby **DISMISSED** with prejudice.

**THUS DONE** and **SIGNED** on this 8th day of **November, 2011.**

_____
RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA